60 F.3d 819
 Eileen Vey
v.
Jeffrey Romoff, Ceo & Pres., John F. Dillon, III, Admin. of
Orthopedic Surgery, University Presbyterian Hospital,
Anthony M. Sanzo, James H. McMasters, Chairman of Orthopedic
Surgery, Allegheny Hospital, Joanne Marie Andiorio, Pres. of
Mercy Hospital, James Block, Pres. of Johns Hopkins
Hospital, Michael A. West, Cio & Pres. of Akron General Hospital
 NO. 94-3571
 United States Court of Appeals,
Third Circuit.
 May 19, 1995
 
 Appeal From: W.D.Pa., No. 94-cv-01552,
 Ambrose, J.
 
 
 1
 AFFIRMED.